**Terrell Bartel Anthony MILLER, Plaintiff-Appellant,**

v.

**Kyle PRATT, ATF Agent; Agent Szentimaria; United States District Attorney for the Middle District of North Carolina, Defendants-Appellees.**

No. 17-6045

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2017

Decided: April 4, 2017

Terrell Bartel Anthony Miller, Appellant Pro Se.

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrell Bartel Anthony Miller appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Miller v. Pratt, No. 1:15-cv-00491-NCT-JLW, 2016 WL 7351591 (M.D.N.C. Dec. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED